***E-FILED - 2/12/15***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PIUS AILEMEN,<br><br>　　　　Defendant. | NO. C-04-00823-RMW<br>*(Related to: CR-04-00004-CRB)*<br><br>ORDER REQUIRING RESPONSE |

Defendant Pius Ailemen has moved to reduce his sentence based upon the modification of the Sentencing Guidelines. The court hereby requests that the Probation Department, United States Attorney's Office and defense counsel meet and confer regarding the motion. If all agree, they can submit the new recommended sentence to the court for consideration. If they disagree, they should send their respective proposed sentences with a brief explanation of their positions on the motion. The parties responses are to be filed by March 13, 2015.

DATED: <u>February 12, 2015</u>

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　RONALD M. WHYTE
　　　　　　　　　　　　　　　　　　　United States District Judge

*Copy of Order E-Filed to Government and Defense Counsel on 2/12/15:*

*Copy of Order Mailed to Defendant on 2/12/15:*

Pius Ailemen
Reg. #: 84447-011
Corrections Corporation of America
2240 Hubbard Road
Youngstown, OH 44501

*Copy of Order Mailed on 2/12/15 to:*

Joshua Sparks
Supervisory Probation Officer - SJ

ORDER REQUIRING RESPONSE
NO. CR-04-00823-RMW